## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF MID STATE CONSTRUCTION COMPANY, INC; and MID STATE CONSTRUCTION COMPANY, INC., ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No: 5:11-cv-00169-DCB-MTP |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; U.S. COATING SPECIALTIES & SUPPLIES, LLC; and EARL WASHINGTON ) ) ) ) ) | |
| Defendants. | |

**PLAINTIFF, MID STATE CONSTRUCTION COMPANY, INC.'S, MOTION FOR SUMMARY JUDGEMENT PURSUANT TO FED. R. CIV. P. 56**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff, Mid State Construction Company, Inc. ("Mid State") respectfully moves for summary judgment on all claims it asserted against U.S. Coating Specialties & Supplies ("US Coating") and Earl Washington ("Washington"). Mid State is entitled to this relief for the reasons set forth more fully in its Memorandum of Law in Support of Motion for Summary Judgment, filed contemporaneously with this motion, and the following evidentiary exhibits attached hereto:

Exhibit A:   Affidavit of William Ware

For the reasons set forth more fully in Mid State's Memorandum of Law, Mid State respectfully requests that the Court grant its Motion for Summary Judgment and enter judgment in its favor on all claims it asserted against US Coating and Washington.

**RESPECTFULLY SUBMITTED**, on June 11, 2013.

4/375194.1

-2-

                                            **MID STATE CONSTRUCTION COMPANY, INC.**

                                            By:/s/ *Bethany A. Tarpley*
                                            Ralph B. Germany, Jr., MBN 8640
                                            rgermany@babc.com
                                            Direct Dial: 601-592-9963
                                            Direct Fax:  601-592-1463
                                            Bethany A. Tarpley, MBN 104134
                                            btarpley@babc.com
                                            Direct Dial: 601-592-9955
                                            Direct Fax:  601-592-1455
                                            P.O. Box 1789
                                            Jackson, MS 39215-1789

**OF COUNSEL:**
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 East Capitol Street, Suite 400
Jackson, MS 39201

**CERTIFICATE OF SERVICE**

     I, the undersigned Bethany A. Tarpley, hereby certify that I have served the above and foregoing on all counsel of record via filing with the Court's electronic filing system.  And have served the document on Earl Washington and US Coating:

                Via E-Mail and U.S. Mail
                Mr. Earl Washington, Individually and as
                President/CEO for
                U.S. Coating Specialties & Supplies, LLC
                125 W. Mayes Street
                Jackson, MS
                earlwashington@uscoatingspecialties.com

                                            /s/ Bethany A. Tarpley
                                            Bethany A. Tarpley