IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DISTRICT

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF MID STATE CONSTRUCTION COMPANY, INC. AND MID STATE CONSTRUCTION COMPANY, INC. | **PLAINTIFFS** |
| VS. | **CIVIL ACTION NO. 5:11 CV 169 DCB-MTP** |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; US COATING SPECIALTIES & SUPPLIES, LLC; AND EARL WASHINGTON | **DEFENDANTS** |

**MOTION FOR SUMMARY JUDGMENT**

Travelers Casualty and Surety Company of America ("Travelers") submits its Motion for Summary Judgment against Mid State Construction Company, Inc. based on the facts and arguments set forth in its Memorandum filed simultaneously herewith.

This, the 14th day of June 2013.

                                              Respectfully submitted,

                                              TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

                                              By Its Attorneys,

                                              JONES WALKER  L.L.P.

                                              By:   */s Bradford C. Ray*
                                                     Bradford C. Ray

Mark D. Herbert (MSB No. 2370)
Bradford C. Ray (MSB No. 101180)
JONES WALKER  L.L.P.
Post Office Box 427
Jackson, Mississippi  39205-0427
Telephone (601) 949-4820
Facsimile (601) 949-4804

{JX053235.1}

## CERTIFICATE OF SERVICE

I, Bradford C. Ray, hereby certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to:

>Ralph B. Germany, Esq.
>Bradley Arrant Bolt Cummings LLP
>188 E. Capitol Street, Suite 400
>Jackson, MS 39201
>rgermany@babc.com
>
>Herbert J. Irvin, Esq.
>Irvin & Associates
>1230 Raymond Rd
>Jackson, MS 39204-4583
>iq.attys@gmail.com
>
>Mr. Earl Washington
>U.S. Coating Specialties & Supplies
>P.O. Box 11809
>Jackson, MS 39283-1809
>Earlwashington@uscoatingspecialties.com

This, the 14th day of June 2013.

>/s/ *Bradford C. Ray*
>BRADFORD C. RAY

{JX053235.1}