**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**UNITED STATES FOR THE USE AND BENEFIT OF MID STATE CONSTRUCTION COMPANY, INC; and MID STATE CONSTRUCTION COMPANY, INC.,**
**Plaintiffs,**

**v.**

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; U.S. COATING SPECIALTIES & SUPPLIES, LLC; and EARL WASHINGTON**
**Defendants.**

**Civil Action No: 5:11-cv-00169-DCB-JMR**

---

**MID STATE CONSTRUCTION COMPANY, INC.'S**
**RESPONSE TO TRAVELERS CAUSUALTY AND SURETY COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT**

---

**COMES NOW** Mid State Construction Company, Inc. ("Mid State") and files this Response to Travelers Casualty and Surety Company of America's ("Travelers") Motion for Summary Judgment [Doc. 121; Doc. 122]. For the reasons set out in Mid State's separately filed Memorandum, Travelers' motion should be denied. The exhibits to Mid State's Memorandum are the following:

Ex. 1. Affidavit of P.G. Bernheim

Ex. 2. Additional Indemnitor and Limited Liability Rider

Ex. 3. Subcontract

Ex. 4. March 8, 2011 letter and Employee Lease Agreement

Ex. 5.   Amended and Restated Agreement Regarding Bonding Credit.

Ex. 6.   Escrow Agreement

Ex. 7.   Assignment of Contract Proceeds

Ex. 8.   Notice of Assignment

Ex. 9.   May 31, 2011 letter

Ex. 10.  June 13, 2011 letter

Ex. 11.  June 13, 2011 letter

Ex. 12.  June 28, 2011 letter

Ex. 13.  July 5, 2011 letter

Ex. 14.  June 30, 2011 bond claim

Ex. 15.  August 1, 2011 letter to Travelers

Ex. 16.  April 1, 2010 letter

Ex. 17.  Stacy O'Neal deposition excerpts

Ex. 18.  Travelers' underwriting documentation

Ex. 19.  September 13, 2011 Gdanski e-mail chain

Ex. 20.  Mid State's corrected and supplemental expert designations

Ex. 21.  Affidavit of Tony Head

Ex. 22.  Payment history

Ex. 23.  Earl Washington deposition excerpts

Ex. 24.  Roberta Ziv-Goldstein deposition excerpts

Ex. 25.  July 26, 2011 e-mail

Ex. 26.  June 16, 2011 Washington letter

Ex. 27. July 14, 2011 Washington letter

Ex. 28. July 21, 2011 Mid State letter

Ex. 29. July 28, 2011 Mid State letter

Ex. 30. June 25, 2012 Ziv-Goldstein email

Ex. 31. October 11, 2011 Ziv-Goldstein email

Ex. 32. October 7, 2011 Corps letter

Ex. 33. August 3, 2011 Corps letter re: Mid State

Ex. 34. August 3, 2011 Corps letter re: Birdsong

Ex. 35. July 6, 2011 Corps letter

Ex. 36. July 11, 2011 Corps letter

Ex. 37. July 28, 2011 Corps letter

Ex. 38. July 19, 2011 Corps email

Ex. 39. Travelers' motion for relief from stay

Ex. 40. Travelers' motion to compel rejection of contract

Ex. 41. August 9, 2011 Travelers email

Ex. 42. August 1, 2011 Travelers email

Ex. 43. August 10, 2011 Travelers email

Ex. 44. August 15, 2011 Travelers email

Ex. 45. August 17, 2011 Travelers email

Ex. 46. August 24, 2011 Travelers email

Ex. 47. September 7, 2011 Travelers email

Ex. 48. September 29, 2011 Travelers email

Ex. 49.   Mid State's expert designations

Ex. 50.   Chad Melroy deposition excerpts

Ex. 51.   Travelers file notes

Ex. 52.   Herb Irvin deposition excerpts

Ex. 53.   Agreement Regarding Bonding Credit

Ex. 54.   November 11, 2011 email

Ex. 55.   November 15, 2011 email re: UCC

Ex. 56.   November 15, 2011 email regarding SBA approval

Ex. 57.   November 17, 2011 email

Ex. 58.   November 18, 2011 email

Ex. 59.   US Coating payment applications

Ex. 60.   Mid State payment applications

Ex. 61.   Payment summary thru April 2011

Ex. 62.   Payment summary thru June 2011

Ex. 63.   Payment and billing recap

Ex. 64.   May 19, 2011 letter

Ex. 65.   May 25, 2011 demand for arbitration

Ex. 66.   June 7, 2011 letter

Ex. 67.   June 16, 2011 US Coating letter

Ex. 68.   June 21, 2011 amended demand for arbitration

Ex. 69.   June 17, 2011 letter

Ex. 70.   June 23, 2011 letter

Ex. 71. June 27, 2011 email and drafts

Ex. 72. June 28, 2011 letter

Ex. 73. July 1, 2011 termination letter

Ex. 74. August 1, 2011 Mid State letter re: allegations

Ex. 75. August 1, 2011 Mid State letter re: subcontractors

Ex. 76. August 1, 2011 Mid State letter re: salvage and mitigation

Ex. 77. Fed Ex delivery ticket

Ex. 78. August 5, 2011 email re: payment

Ex. 79. August 9, 2011 email forwarding drafts

Ex. 80. August 9, 2011 letter re: securing funds

Ex. 81. August 8, 2011 Corps email

Ex. 82. August 15, 2011 Mid State letter

Ex. 83. August 17, 2011 Corps letter

Ex. 84. August 19, 2011 Corps letter

Ex. 85. August 18,2011 Mid State letter

Ex. 86. August 18, 2011 Mid State email

Ex. 87. August 19, 2011 Mid State email

Ex. 88. August 24, 2011 Corps email

Ex. 89. September 1, 2011 Mid State letter

Ex. 90. December 1, 2011 Travelers email with arbitration award

Ex. 91. December 1, 2011 Travelers funds letter

Ex. 92. December 5, 2011 corrected Travelers funds letter

Ex. 93.   December 5, 2011 Corps letter

Ex. 94.   Bankruptcy Court order

Ex. 95.   Tony Head deposition excerpts

Ex. 96.   August 3, 2012 Travelers email re: agreement in lieu of indemnity

Ex. 97.   August 6, 2011 Travelers email re: agreement in lieu of indemnity

Ex. 98.   Thomas Caldwell deposition excerpts

Ex. 99.   Capital one account documentation

Ex. 100.  August 13, 2011 Mid State email re: Travelers escrow etc.

Ex. 101.  August 5, 2011 Travelers email

Ex. 102.  August 19, 2011 Gipson Steel email

Ex. 103.  December 3, 2010 Corps letter

Ex. 104.  US Coating Specialties & Supplies, Inc. Balance Sheet

Ex. 105.  Travelers loss projection

Ex. 106.  Travelers claim summary

Ex. 107.  Travelers Mid State analysis

Ex. 108.  July 13, 2011 Gipson email

Ex. 109.  February 16, 2012 Travelers email

Ex. 110.  Travelers checks

Ex. 111.  Mid State contract summary

Ex. 112.  February 18, 2012 Mid State email

Ex. 113.  February 23, 2012 Mid State email

Ex. 114.  May 4, 2012 Corps email re: takeover agreement

Ex. 115. May 21, 2012 Corps email re: questions

Ex. 116. March 28, 2012 email re: Nicholson report

Ex. 117. October 12, 2012 Corps email re: tender agreement

Ex. 118. Birdsong Subcontract

Ex. 119. Adam Evans subcontract

Ex. 120. Kenneth Ryan affidavit

Ex. 121. July 5, 2011 Mid State letter

Ex. 122. August 22, 2011 Mid State letter

Ex. 123. June 24, 2010 Travelers email forwarding rider

**RESPECTFULLY SUBMITTED**, on July 5, 2013.

**MID STATE CONSTRUCTION COMPANY, INC.**

By:/s/ *Ralph B. Germany, Jr.*
Ralph B. Germany, Jr., MBN 8640
rgermany@babc.com
Direct Dial: 601-592-9963
Direct Fax: 601-592-1463
P.O. Box 1789
Jackson, MS 39215-1789

**OF COUNSEL:**

BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 East Capitol Street, Suite 400
Jackson, MS 39201

## CERTIFICATE OF SERVICE

I, the undersigned Ralph B. Germany, Jr., hereby certify that I have served the above and foregoing on all counsel of record via filing with the Court's electronic filing system. And have served the document on Earl Washington and US Coating:

Via E-Mail and U.S. Mail
Mr. Earl Washington, Individually and as
President/CEO for
U.S. Coating Specialties & Supplies, LLC
125 W. Mayes Street
Jackson, MS
earlwashington@uscoatingspecialties.com

/s/ Ralph B. Germany, Jr.
Ralph B. Germany, Jr.