# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF MID STATE CONSTRUCTION COMPANY, INC; and MID STATE CONSTRUCTION COMPANY, INC., )<br>Plaintiffs, )<br><br>v. )<br>)<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; U.S. COATING SPECIALTIES & SUPPLIES, LLC; and EARL WASHINGTON )<br>Defendants. ) | **Civil Action No: 5:11-cv-00169-DCB-JMR** |

## MID STATE CONSTRUCTION COMPANY, INC.'S
## RESPONSE TO TRAVELERS CAUSUALTY AND SURETY COMPANY OF
## AMERICA'S MOTION FOR PRELIMINARY INJUNCTION

**COMES NOW** Mid State Construction Company, Inc. ("Mid State") and files this Response to Travelers Casualty and Surety Company of America's ("Travelers") Motion for Preliminary Injunction. [Doc. 125; Doc. 126]. For the reasons set out in Mid State's separately filed Memorandum, Travelers' motion for preliminary injunction must be denied.

**RESPECTFULLY SUBMITTED**, on July 5, 2013.

                                        **MID STATE CONSTRUCTION COMPANY, INC.**

                                        By:*/s/ Ralph B. Germany, Jr.*
                                            Ralph B. Germany, Jr., MBN 8640
                                            rgermany@babc.com
                                            Direct Dial: 601-592-9963
                                            P.O. Box 1789
                                            Jackson, MS 39215-1789

**OF COUNSEL:**
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 East Capitol Street, Suite 400
Jackson, MS 39201

## **CERTIFICATE OF SERVICE**

     I, the undersigned Ralph B. Germany, Jr., hereby certify that I have served the above and foregoing on all counsel of record via filing with the Court's electronic filing system.  And have served the document on Earl Washington and US Coating:

        Via E-Mail and U.S. Mail
        Mr. Earl Washington, Individually and as
        President/CEO for
        U.S. Coating Specialties & Supplies, LLC
        125 W. Mayes Street
        Jackson, MS
        earlwashington@uscoatingspecialties.com

                              /s/ Ralph B. Germany, Jr.
                              Ralph B. Germany, Jr.

4/377007.1