```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION


UNITED STATES FOR THE USE AND
BENEFIT OF MID STATE CONSTRUCTION
COMPANY, INC.; and MID STATE
CONSTRUCTION COMPANY, INC.                          PLAINTIFFS

VS.                      CIVIL ACTION NO. 5:11-cv-169(DCB)(MTP)

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA; U.S.
COATING SPECIALTIES & SUPPLIES,
LLC; and EARL WASHINGTON                            DEFENDANTS
```

ORDER

On Friday, November 22, 2013, the Court's chambers received a telephone call from Earl Washington, a defendant in this case. Mr. Washington stated that he has a doctor's appointment which he had forgotten about until the doctor's office called to remind him. The appointment is on Monday, December 2, 2013, the first day of trial in this matter. Mr. Washington also stated that the appointment is in Jackson at 8:30 a.m., which should allow him to be in Natchez by noon.

The Court notes that Mr. Washington is proceeding pro se in this case. He has not provided any information in the pretrial order, and his participation in the bench trial will be limited as a result of previous rulings by the Court. Both Mid State and Travelers have listed Mr. Washington as a "may call" witness. Unless the Court hears to the contrary, it is assumed that Mr. Washington's absence on the first morning of trial will not

prejudice any of the other parties.  Accordingly,

IT IS HEREBY ORDERED that Earl Washington is excused from appearing in court during the hours 9:00 a.m. to 1:00 p.m. on December 2, 2013.

SO ORDERED, this the 26th day of November, 2013.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE
