```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

UNITED STATES FOR THE USE AND
BENEFIT OF MID STATE CONSTRUCTION
COMPANY, INC.; and MID STATE
CONSTRUCTION COMPANY, INC.                              PLAINTIFFS

VS.                         CIVIL ACTION NO. 5:11-cv-169(DCB)(JMR)

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA; U.S.
COATING SPECIALTIES & SUPPLIES,
LLC; and EARL WASHINGTON                                DEFENDANTS

<u>ORDER</u>

This cause is before the Court on defendant Travelers Casualty and Surety Company of America ("Travelers")'s Motion for Summary Judgment against Mid State Construction Company, Inc. ("Mid State"), U.S. Coating Specialties & Supplies ("U.S. Coating"), and Earl Washington ("Washington") **(docket entry 121)**, and Motion for Preliminary Injunction Requiring Indemnitors to Post Collateral During Pendency of this Action **(docket entry 125)**. On September 9, 2013, the Court entered an Order deferring these motions until trial.  On November 27, 2013, the parties notified the Court that they had reached a settlement and the trial was cancelled.  The motions are therefore moot.

Accordingly,

IT IS HEREBY ORDERED that defendant Travelers Casualty and Surety Company of America's Motion for Summary Judgment against Mid State Construction Company, Inc., U.S. Coating Specialties &

Supplies, and Earl Washington **(docket entry 121)**, and Motion for Preliminary Injunction Requiring Indemnitors to Post Collateral During Pendency of this Action **(docket entry 125)** are MOOT;

SO ORDERED, this the 25th day of March, 2014.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE
