```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION


UNITED STATES FOR THE USE AND
BENEFIT OF MID STATE CONSTRUCTION
COMPANY, INC.; and MID STATE
CONSTRUCTION COMPANY, INC.                           PLAINTIFFS

VS.                         CIVIL ACTION NO. 5:11-cv-169(DCB)(JMR)

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA; U.S.
COATING SPECIALTIES & SUPPLIES,
LLC; and EARL WASHINGTON                             DEFENDANTS
```

ORDER

This cause is before the Court sua sponte. On August 11, 2014, Magistrate Judge Michael T. Parker received a letter from counsel for defendant Travelers Casualty and Surety Company of America ("Travelers"). The letter advises the Court that Travelers, as cross-claimant, entered into a settlement agreement with cross-defendants U.S. Coating Specialties & Supplies, LLC ("U.S. Coating") and Earl Washington ("Washington"), on November 27, 2013, and Travelers drafted a settlement agreement and consent judgment. The letter also advises that Washington has not executed the settlement agreement and consent judgment, and that Travelers has not received any settlement funds from Washington. Travelers requests that it be allowed to re-file a motion for summary judgment.

This case is closed, and there are no motions pending before the Court. Any of the parties involved, Travelers, Washington and

U.S. Coating, may file a motion to enforce settlement agreement and/or motion to re-open this case.

Accordingly,

IT IS HEREBY ORDERED that motions to enforce settlement agreement and/or motions to re-open this case may be filed within fourteen (14) days from the entry of this Order, and that responses may be filed within seven (7) days from receipt of the motions.

SO ORDERED, this the 6th day of October, 2014.

                                        /s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE